1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

8
9

| | |
|---|---|
| KEVIN MICHAEL BICKLE, | CASE NO. C15-5117 BHS-JRC |
| Plaintiff, | |
| v. | ORDER |
| PATRICK COONEY, BEN BARNER, SCOTT AHLF, OLYMPIA MUNICIPAL JAIL, | |
| Defendants. | |

10
11
12
13
14
15
16

The District Court has referred this 42 U.S.C. § 1983 civil rights action to United States

Magistrate Judge J. Richard Creatura pursuant to 28 U.S.C. § 636(b)(1)(A) and (B), and local

Magistrate Judge Rules MJR1, MJR3 and MJR4.

Currently before the Court is a letter from Levi C. Acosta asking that he be added as a

plaintiff (Dkt. 17).  Mr. Acosta is not a party to this action.  Further, Mr. Acosta does not show

that plaintiff agrees to the addition of Mr. Acosta as a plaintiff.

17
18
19
20
21
22
23
24

ORDER - 1

In his letter, Mr. Acosta presents issues wholly unrelated to the original action.  Among other things, Mr. Acosta attempts to raise a claim concerning conditions of confinement in the Lewis County Jail.  Lewis County is not a named defendant in this action.

The Court orders the Clerk's Office to strike Mr. Acosta's letter from this file (Dkt. 16). Mr. Acosta does not need leave of court to file a separate action.

Dated this 30th day of March, 2015.

J. Richard Creatura
United States Magistrate Judge