UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

KEVIN MICHAEL BICKLE,

        Plaintiff,

v.

PATRICK COONEY, et al.,

        Defendants.

CASE NO. C15-5117 BHS

ORDER ADOPTING REPORT AND RECOMMENDATION

This matter comes before the Court on the Report and Recommendation ("R&R") of the Honorable J. Richard Creatura, United States Magistrate Judge. Dkt. 19. The Court having considered the R&R and the remaining record, and no objections having been filed, does hereby find and order as follows:

(1)    The R&R is **ADOPTED**; and

(2)    This case is **DISMISSED with prejudice** for failure to state a claim and for failure to comply with the Court's Order to Show Cause or File an Amended Complaint and to Comply with Court Rules.

Dated this 16th day July, 2015.

_____
BENJAMIN H. SETTLE
United States District Judge

ORDER